**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JASON K. BEHRENS,**

        **Plaintiff,**

**-vs-**                                                       **Case No.  6:04-cv-715-Orl-22JGG**

**JERRY REGIER, as Secretary of the Florida Department of Children and Families in his official capacity; MIKE WATKINS, as District 7 Administrator of the Florida Department of Children and Families in his official and individual capacity; DAVID DENNIS, former District 7 Administrator of the Florida Department of Children and Families in his individual capacity; and WILLIAM PENLEY, former District 7 Administrator of the Florida Department of Children and Families in his individual capacity,**

        **Defendants.**

_____

## ORDER

For the reasons stated in this Court's August 25, 2004 Order, the Defendant's, David Dennis, August 10, 2004 Motion to Dismiss (Doc. No. 23) is **GRANTED**. The Clerk of Court shall **CLOSE THE FILE**. All pending motions are **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida this 27th day of August, 2004.

_____
ANNE C. CONWAY
United States District Judge