

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASON K. BEHRENS,

       Plaintiff,

-vs-                             Case No. 6:04-cv-715-Orl-22JGG

JERRY REGIER, as Secretary of the
Florida Department of Children and
Families in his official capacity; MIKE
WATKINS, as District 7 Administrator of
the Florida Department of Children and
Families in his official and individual
capacity; DAVID DENNIS, former District 7
Administrator of the Florida Department of
Children and Families in his individual
capacity; and WILLIAM PENLEY, former
District 7 Administrator of the Florida
Department of Children and Families in his
individual capacity,

       Defendants.

_____

## NOTICE OF APPEAL

Notice is hereby given that Jason K. Behrens, plaintiff in the above named case, hereby

appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's order

of dismissal entered in this action on the 25th day of August, 2004 (dismissing plaintiff's federal

claims against defendants Reiger, Watkins and Penley, with prejudice)(Doc. No. 30) and the district

court's order of dismissal entered in this action on the 30th day of August, 2004 (dismissing

plaintiff's federal claims against defendant Dennis)(Doc. No. 31).

Respectfully Submitted,

_____

Howard S. Marks, Esq.
Fla. Bar No. 0750085
GRAHAM, BUILDER, JONES, PRATT & MARKS, LLP
369 N. New York Avenue (32789)
P.O. Drawer 1690
Winter Park, FL 32790
Telephone: 407-647-4455
Facsimile:  407-740-7063

Sylvia H. Walbolt, Esq.
Florida Bar No. 033604
Robert E. Biasotti, Esq.
Florida Bar No. 104272
CARLTON FIELDS, P.A.
P.O. Box 2861
St. Petersburg, FL 33731
Telephone: 727-821-7000
Facsimile:  727- 822-3768

Cooperating Attorneys for the American Civil
Liberties Union Foundation of Florida, Inc.

Rebecca H. Steele (Fla. Bar No. 067326)
ACLU Foundation of Florida, Inc.
West Central Florida Office
P.O. Box 18245
Tampa, FL 33679-8245
Telephone: 813-254-0925
Facsimile:  813-254-0926

Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

U.S. mail to:

Charles J. Crist, Jr., Attorney General
Kathleen Von Hoene, Senior Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Civil Division
1300 Riverplace Blvd., Suite 405
Jacksonville, FL 32207